Carl R Gustafson, Bar No. 254881
Anne Y Shiau, Bar No. 273709
Lincoln Law, LLP
1525 Contra Costa Blvd
Pleasant Hill, CA 94523
Phone: (925) 500-4777
Facsimile: (800) 584-6826
help@lincolnlaw.com
Attorney & Counselor at Law

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>MARY CLOTILDE LEON<br><br><br>Debtor. | Case No: 16-41318<br><br>Chapter 13<br><br>Judge: William J. Lafferty<br><br>**DECLARATION OF ATTORNEY** |

I, Carl R Gustafson, declare:

1. I am one of the attorneys for the debtor in the above-captioned case.
2. The facts contained herein are true and correct and if called upon as a witness I can testify competently as to them.
3. There has been a breakdown of communication and trust and Debtor has expressed a lack of confidence and satisfaction regarding the handling of her bankruptcy case, such that I cannot continue to adequately represent her.

The foregoing declaration is made under penalty of perjury and executed on September 8, 2016 in the State of California.

/s/ Carl R Gustafson
Attorney & Counselor at Law